# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GUTTMAN, MICHAEL A | § | Case No. 11-42390 PSH |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/17/13 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2013                     By: CLERK OF THE U.S. BANKRUPTCY
                                                COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GUTTMAN, MICHAEL A § Case No. 11-42390 PSH
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 100,000.00 |
| and approved disbursements of | $ 59,249.69 |
| leaving a balance on hand of[1] | $ 40,750.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 7,168.75 | $ 0.00 | $ 7,168.75 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 4,537.00 | $ 0.00 | $ 4,537.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 389.32 | $ 0.00 | $ 389.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 12,095.07 |
| Remaining Balance | $ 28,655.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,871.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | $ 31,169.80 | $ 0.00 | $ 26,369.30 |
| 000002 | COMMUNITY HOSPITAL KOMYATTE & CASBON, PC 9650 GORDON DRIVE HIGHLAND, IN 46322 | $ 230.00 | $ 0.00 | $ 194.58 |
| 000003 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | $ 2,472.09 | $ 0.00 | $ 2,091.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 28,655.24 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                    Case No. 11-42390-PSH
Michael A Guttman                                         Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: acox              Page 1 of 2             Date Rcvd: Nov 18, 2013
                             Form ID: pdf006         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2013.
db         +Michael A Guttman,    3202 Sandy Ridge Drive,    Steger, IL 60475-1946
aty        +Jenner & Block,    353 N Clark Street,    Chicago, IL 60654-5474
17941651  ++AMO RECOVERIES INC,    5655 PEACHTREE PARKWAY,    SUITE 213,    NORCROSS GA 30092-2828
             (address filed with court: AMO Recoveries,     6737 W. Washington Street,    Suite 3118,
             West Allis, WI 53214)
17941653   +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
17941652   +Associated Urological Secialist,     7530 W. College Drive,    Palos Heights, IL 60463-1196
17941654    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
20584514    Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
20826814    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17941655    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
17941656   +Citi - Citgo,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
20619128   +Community Hospital,    Komyatte & Casbon, PC,    9650 Gordon Drive,    Highland, IN 46322-2909
17941657   +Community Hospital,    901 MacArthur Boulevard,    Munster, IN 46321-2959
17941658    Encore Receivable Management,     400 Rogers N Road,    P.O. Box 3330,    Olathe, KS 66063-3330
17941659   +Franciscan Alliance, Inc.,    37653 Eagle Way,    Chicago, IL 60678-1376
17941662    HSBC Retail Services- Best Buy,     P.O. Box 17298,    Baltimore, MD 21297-1298
17941663   +Ingalls Same Day Surgery,    PO Box 340,    Matteson, IL 60443-0340
17941665   +Komyattassoc,    9650 Gordon Drive,    Highland, IN 46322-2909
17941666   +Komyatte & Associates,    9650 Gordon Drive,    Highland, IN 46322-2909
17941667  ++NISSAN MOTOR ACCEPTANCE CORPORATION,     LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
17941668   +Palos Community Hospital,    12251 S. 80th Avenue,     Palos Heights, IL 60463-0930
17941670    South Suburban Neurology,    P.O. Box 848,    Aurora, IL 60507-0848
17941671   +St. John Municipal Utilites,    10955 W. 93rd Ave.,     Saint John, IN 46373-7809
17941672   +The Anesthesia Assoc NE,    PO Box 100,    Matteson, IL 60443-0100
17941673   +Tiffany Guttman,    9770 Hohman St,    Dyer, IN 46311-7709
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17941660   +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2013 02:08:14      Gemb/Ashley Furniture,
             950 Forrer Blvd,    Kettering, OH 45420-1469
17941661   +E-mail/Text: bk@gafco.net Nov 19 2013 02:01:16      Great American Finance,
             20 N. Wacker  Suite 2275,    Chicago, IL 60606-1294
17941664   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 19 2013 02:00:38      Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17941669   ##+Radiology & Nuclear Cons Ltd.,    7808 College Drive - 1SE,    Palos Heights, IL 60463-1095
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: acox                  Page 2 of 2                   Date Rcvd: Nov 18, 2013
                              Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
              Catherine L. Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Joel P Fonferko    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stuart B Handelman    on behalf of Debtor Michael A Guttman court@sbhpc.net,  ksmith@sbhpc.net,
               jhuang@sbhpc.net
                                                                                             TOTAL: 5