UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GUTTMAN, MICHAEL A § Case No. 11-42390
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/CATHERINE STEEGE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael A. Guttman |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Encore Receivable Management 400 Rogers N Road P.O. Box 3330 Olathe, KS 66063-3330 |  |  |  |  |  |
|  | Gemb/Ashley Furniture 950 Forrer Blvd Kettering, OH 45420 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Finance 20 N. Wacker Suite 2275 Chicago, IL 60606-3096 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| KENNETH J. ALLEN LAW GROUP | | | | | |
| KENNETH J. ALLEN LAW GROUP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tiffany Guttman 9770 Hohman St Dyer, IN 46311 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMO Recoveries 6737 W. Washington Street Suite 3118 West Allis, WI 53214 | | | | | |
| | AMO Recoveries 6737 W. Washington Street Suite 3118 West Allis, WI 53214 | | | | | |
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL 60614-4895 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Urological Secialist 7530 W. College Drive Palos Heights, IL 60463 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citi - Citgo P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Community Hospital 901 MacArthur Boulevard Munster, IN 46321 | | | | | |
| | Franciscan Alliance, Inc. 37653 Eagle Way Chicago, IL 60678 | | | | | |
| | HSBC Retail Services- Best Buy P.O. Box 17298 Baltimore, MD 21297-1298 | | | | | |
| | Ingalls Same Day Surgery PO Box 340 Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyatte & Associates 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Palos Community Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | | | | |
| | Radiology & Nuclear Cons Ltd. 7808 College Drive - 1SE Palos Heights, IL 60463 | | | | | |
| | South Suburban Neurology P.O. Box 848 Aurora, IL 60507-0848 | | | | | |
| | St. John Municipal Utilites 10955 W. 93rd Ave. Saint John, IN 46373 | | | | | |
| | The Anesthesia Assoc NE PO Box 100 Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000002 | COMMUNITY HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-42390 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GUTTMAN, MICHAEL A | Date Filed (f) or Converted (c): | 10/19/11 (f) |
| | | 341(a) Meeting Date: | 11/17/11 |
| For Period Ending: | 01/09/14 | Claims Bar Date: | 08/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Chase, Checking | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Household Goods  Household goods and elecronics  Location: 60 Elm Street, Park Forest, IL 60466 | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Clothing  Clothing:  Location: 60 Elm Street, Park Forest IL 60466 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Country Financial, Term Life Insurance Policies | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Possible Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Personal Injury Case  Pending personal injury case filed in Indiana in 2004 | 0.00 | 78,375.00 | | 100,000.00 | FA | 0.00 | 21,625.00 |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $3,700.00 | $78,375.00 | | $100,000.00 | $0.00 | $0.00 | $21,625.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending settlement of $100,000 PI Claim

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.04b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-42390 -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GUTTMAN, MICHAEL A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9271 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6990 | | |
| For Period Ending: | 01/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 6 | Weinberger Disbursement Account (Kenneth J. Allen Law Group) | M. Guttman Full & Final Settlement | 1142-000 | 100,000.00 | | 100,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.97 | 99,976.03 |
| 10/10/13 | 003001 | Kenneth J. Allen Law Group<br>Allen Law Building<br>1109 Glendale Blvd.<br>Valparaiso, IN 46383<br><br>Fees 35,400.00<br>Expenses 2,200.72 | Special Counsel Fees and Expenses<br><br><br><br><br>3210-000<br>3220-000 | | | 37,600.72 | 62,375.31 |
| 10/16/13 | 003002 | Michael A. Guttman<br>3202 Sandy Ridge Drive<br>Steger, IL 60475 | Exemption | 8100-000 | | 21,625.00 | 40,750.31 |
| 12/18/13 | 003003 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Final Distribution | 2100-000 | | 7,168.75 | 33,581.56 |
| 12/18/13 | 003004 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456<br><br>Fees 4,537.00<br>Expenses 389.32 | Final Distribution<br><br><br><br>3110-000<br>3120-000 | | | 4,926.32 | 28,655.24 |
| | | | Page Subtotals | | 100,000.00 | 71,344.76 | |

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-42390 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GUTTMAN, MICHAEL A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9271 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6990 | | | |
| For Period Ending: | 01/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/13 | 003005 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | | 7100-000 | | 26,369.30 | 2,285.94 |
| 12/18/13 | 003006 | COMMUNITY HOSPITAL KOMYATTE & CASBON, PC 9650 GORDON DRIVE HIGHLAND, IN 46322 | Final Distribution | 7100-000 | | 194.58 | 2,091.36 |
| 12/18/13 | 003007 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final Distribution | 7100-000 | | 2,091.36 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 100,000.00 | |
| Less: Payments to Debtors | | 21,625.00 | |
| Net | 100,000.00 | 78,375.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******9271 | 100,000.00 | 78,375.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.00 | 78,375.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    28,655.24

Ver: 17.04b

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-42390 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GUTTMAN, MICHAEL A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9271  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6990 | | | |
| For Period Ending: | 01/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********9271

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*